UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH D. SPILLERS,<br><br>    Petitioner,<br><br> v.<br><br>RICK HILL, Warden of Folsom State Prison,<br><br>    Respondent. | No. 2:19-cv-00567-TLN-EFB<br><br>**ORDER** |

  Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On February 13, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

  1. The findings and recommendations filed February 13, 2020, are adopted in full;

1

2. Respondent's motion to dismiss (ECF No. 12) is GRANTED;

3. Petitioner's motion to delete unexhausted claims (ECF No. 16) is GRANTED;

4. Petitioner's claims 1(b), 2, and 3 — as described *supra* — are DISMISSED without prejudice as unexhausted; and

5. Respondent is directed to file an answer to Petitioner's remaining claim within sixty days from the date of service of this order.

Dated: March 24, 2020

Troy L. Nunley
United States District Judge